UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

DELANEY EQUITY GROUP, LLC,

    Plaintiff/Counterclaim-Defendant,

v.

          Case No. 9:17-cv-80233-KAM

MCIG, INC.,

    Defendant/Counterclaim-Plaintiff.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff/Counterclaim-Defendant Delaney Equity Group, LLC and Defendant/Counterclaim-Plaintiff mCig, Inc. (collectively the "Parties"), by and through their undersigned counsel, jointly stipulate to the dismissal of the above-styled action with prejudice, each Party to bear their respective attorneys' fees, costs, and expenses.  The Court shall retain jurisdiction for matters related to settlement.

| | |
|---|---|
| **/s/ Michael S. Lamont** | **/s/ Joseph C. Wood** |
| Michael S. Lamont, Esq. (FBN: 0527122) | Maurice Arcadier, Esq. (FBN: 0131180) |
| Email: mlamont@wiandlaw.com | Joseph C. Wood, Esq. (FBN: 0093839) |
| Kimberly A. Koves, Esq. (FBN: 100282) | Primary Email: office@wamalaw.com |
| Email: kkoves@wiandlaw.com | Secondary Email: arcadier@wamalaw.com |
| Wiand Guerra King P.A. | Arcadier & Associates, P.A. |
| 5505 West Gray Street | 2815 W. New Haven, Suite 304 |
| Tampa, FL 33609 | Melbourne, FL 32904 |
| Telephone: (813) 347-5100 | Telephone: (321) 953-5998 |
| Facsimile: (813) 347-5155 | Facsimile: (321) 953-6075 |
| | |
| *Attorneys for Plaintiff/Counterclaim-Defendant Delaney Equity Group, LLC* | *Attorneys for Defendant/Counterclaim-Plaintiff mCig, Inc.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 15, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below in the manner specified.

## SERVICE LIST

*Delaney Equity Group, LLC v. mCig, Inc.*
Case No.: 9:17-cv-80233-KAM

United States District Court
Southern District of Florida
West Palm Beach Division

Maurice Arcadier, Esq.
Email: arcadier@melbournelegalteam.com
Stephen Biggie, Esq.
Email: biggie@melbournelegalteam.com
Joseph C. Wood, Esq.
Email: wood@melbournelegalteam.com
ARCADIER & ASSOCIATES, P.A.
2815 W. New Haven, Suite 304
Melbourne, FL 32904
Telephone: 321-953-5998
Fax: 321-953-6075
*Attorneys for Defendant/Counterclaim-Plaintiff mCig, Inc.*
Service by CM/ECF system and E-mail

**/s/ Michael S. Lamont**
Attorney